# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1888

_____

LUCAS ANTHONY ROBERTS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

August 7, 2018

PER CURIAM.

The petition for belated appeal seeking an appeal of the order dismissing defendant's amended motion for postconviction relief, rendered January 23, 2018, is denied on the merits. Insofar as Petitioner appears to also seek a belated appeal of the denial of his original motion for postconviction relief, this disposition is without prejudice to Petitioner filing a separate petition for belated appeal, which shall include appropriate facts constituting entitlement to a belated appeal of this order. *See* Fla. R. App. P. 9.141(c)(4)(F).

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lucas Anthony Roberts, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.